# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

MUSTAFA BIN-AHMAD   )
AL-HAWSAWI,     )
            )
    **Petitioner,**  )
            )
   v.       ) Civil Case No. 08-1645 (RJL)
            )
ROBERT M. GATES, *et al.,*  )
            )
    **Respondents.** )

## ORDER
### (January 28 2009)

Upon consideration of the parties' status reports [Dkt. #s 5, 7] and for the reasons stated on the record at the status conference held December 4, 2008, it is hereby

**ORDERED** that the petition for writ of habeas corpus filed in this case is DISMISSED without prejudice. In the event such a petition is re-filed through counsel, the petition must be accompanied by a signed declaration from the petitioner directly authorizing the action; and it is further

**ORDERED** that counsel's Motion for Miscellaneous Relief [Dkt. # 8] is DENIED as moot.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge